UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1487 (L)
(8:19-cv-01728-GLR)

_____

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA
ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA
RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA
MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI;
MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

        Plaintiffs - Appellees

v.

ALEJANDRO N. MAYORKAS, Secretary, Department of Homeland Security;
PATRICK J. LECHLEITNER, Acting Director, Immigration and Customs
Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office
of ICE Enforcement and Removal Operations

        Defendants - Appellants

_____

O R D E R

_____

The court denies the motion for extension of time to file the opening brief

and joint appendix.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk