FILED: December 18, 2024

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1487 (L)
(8:19-cv-01728-GLR)

_____

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

    Plaintiffs - Appellees

v.

ALEJANDRO N. MAYORKAS, Secretary, Department of Homeland Security; PATRICK J. LECHLEITNER, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

    Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

    Amicus Supporting Appellants

_____

O R D E R
_____

The court grants an extension of the briefing schedule. Any further request

for an extension of time in which to file the response brief shall be disfavored. The briefing schedule is extended as follows:

    Response brief due: 02/28/2025

    Any reply brief: 21 days from service of response brief.

                         For the Court--By Direction

                         /s/ Nwamaka Anowi, Clerk