FILED: January 29, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1487 (L)
(8:19-cv-01728-GLR)

_____

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

             Plaintiffs - Appellees

v.

KRISTI NOEM, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

             Defendants - Appellants

-------------------------------

IMMIGRATION REFORM LAW INSTITUTE

             Amicus Supporting Appellants

_____

No. 24-6520
(8:18-cv-03548-GLR)

_____

WANRONG LIN; HUI FANG DONG

   Petitioners - Appellees

v.

KRISTI NOEM, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Director, Maryland Field Office of ICE Enforcement and Removal Operations; CHRISTOPHER KLEIN, Superintendent, Anne Arundel County Detention Facilities

   Respondents - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

   Amicus Supporting Appellants

---

O R D E R

---

  The court substitutes Kristi Noem for Alejandro N. Mayorkas and Caleb Vitello for Patrick J. Lechleitner as a parties to this proceeding.

       For the Court--By Direction

       /s/ Nwamaka Anowi, Clerk