FILED: February 28, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 24-1487 (L)
(8:19-cv-01728-GLR)

_____

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

   Plaintiffs - Appellees

v.

KRISTI NOEM, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

   Defendants - Appellants

-------------------------------

IMMIGRATION REFORM LAW INSTITUTE

   Amicus Supporting Appellants

_____

O R D E R

_____

The court grants the motion to withdraw Nicholas T. Steiner from further

representation on appeal.

                                                For the Court--By Direction

                                                <u>/s/ Nwamaka Anowi, Clerk</u>