FILED:  March 14, 2025

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1487 (L)
(8:19-cv-01728-GLR)

———————————

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA
ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA
RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA
MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI;
MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

        Plaintiffs - Appellees

v.

KRISTI NOEM, Secretary, Department of Homeland Security; CALEB
VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW
ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and
Removal Operations

        Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

        Amicus Supporting Appellants

———————————

O R D E R

———————————

The court grants the motion to extend filing time and extends the time for

filing the reply brief to 04/21/2025. Counsel is advised that no further extensions

will be granted for filing the reply brief absent a showing of extraordinary

circumstances.

For the Court--By Direction

/s/ Nwamaka Anowi, Clerk