FILED:  March 25, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————————

No. 24-1487 (L)
(8:19-cv-01728-GLR)

———————————

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA
ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA
RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA
MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI;
MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

    Plaintiffs - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security;
CALEB VITELLO, Acting Director, Immigration and Customs Enforcement;
MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE
Enforcement and Removal Operations

    Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

    Amicus Supporting Appellants

_____

No. 24-6520
(8:18-cv-03548-GLR)
_____

WANRONG LIN; HUI FANG DONG

        Petitioners - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security;
CALEB VITELLO, Acting Director, Immigration and Customs Enforcement;
MATTHEW ELLISTON, Director, Maryland Field Office of ICE Enforcement
and Removal Operations; CHRISTOPHER KLEIN, Superintendent, Anne
Arundel County Detention Facilities

        Respondents - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

        Amicus Supporting Appellants

_____

O R D E R

_____

The court substitutes Markwayne Mullin for Kristi Noem as a party to these

proceedings.

        For the Court--By Direction

        /s/ Nwamaka Anowi, Clerk