FILED: October 27, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1487 (L)
(8:19-cv-01728-GLR)

---

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

---

No. 24-6520
(8:18-cv-03548-GLR)

---

WANRONG LIN; HUI FANG DONG

Petitioners - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Director, Maryland Field Office of ICE Enforcement and Removal Operations; CHRISTOPHER KLEIN, Superintendent, Anne Arundel County Detention Facilities

Respondents - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

---

# O R D E R

---

Upon consideration of appellants' unopposed motion for extension of time to file rehearing petition, the court grants the motion and extends the deadline for filing the rehearing petition to November 12, 2026.

For the Court

/s/ Nwamaka Anowi, Clerk