FILED: October 29, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1487 (L)
(8:19-cv-01728-GLR)

---

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

No. 24-6520
(8:18-cv-03548-GLR)

WANRONG LIN; HUI FANG DONG

Petitioners - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Director, Maryland Field Office of ICE Enforcement and Removal Operations; CHRISTOPHER KLEIN, Superintendent, Anne Arundel County Detention Facilities

Respondents - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

TEMPORARY STAY OF MANDATE

Under Fed. R. App. P. 41(b), the filing of a timely petition for rehearing or rehearing en banc stays the mandate until the court has ruled on the petition. In accordance with Rule 41(b), the mandate is stayed pending further order of this court.

*/s/Nwamaka Anowi, Clerk*