FILED: November 24, 2026

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

---

No. 24-1487 (L)
(8:19-cv-01728-GLR)

---

ALYSE SANCHEZ; ELMER ONAN SANCHEZ HERNANDEZ; AMIRA ABBAS ABDALLA; JEAN CLAUDE EYEGHE-NANA; THERESA RODRIGUEZ PENA; MISAEL RODRIGUEZ PENA; OLIVIA ALDANA MARTINEZ; JOSE CARLOS ALDANA MARTINEZ; TATYANA MURITHI; MWITI MURITHI; BIBIANA NDULA; ERIC NDULA

Plaintiffs - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Acting Director, Maryland Field Office of ICE Enforcement and Removal Operations

Defendants - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

---

No. 24-6520
(8:18-cv-03548-GLR)

---

WANRONG LIN; HUI FANG DONG

Petitioners - Appellees

v.

MARKWAYNE MULLIN, Secretary, Department of Homeland Security; CALEB VITELLO, Acting Director, Immigration and Customs Enforcement; MATTHEW ELLISTON, Director, Maryland Field Office of ICE Enforcement and Removal Operations; CHRISTOPHER KLEIN, Superintendent, Anne Arundel County Detention Facilities

Respondents - Appellants

------------------------------

IMMIGRATION REFORM LAW INSTITUTE

Amicus Supporting Appellants

---

O R D E R

---

The court denies the petition for rehearing.

Entered at the direction of the panel: Judge Niemeyer, Judge King, and Judge Harris.

For the Court

/s/ Nwamaka Anowi, Clerk